Hallum Alan Abdelhack
20 Anjali Loop
Staten Island, NY 10314

December 20, 2022

Re: Ppassim Elder

To: The Honorable Judge Kuntz,

I have known Ppassim Elder as a good person and a dear brother his entire life. I was both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Mr. Ppassim Elder regarding this matter. I understand the seriousness of this matter however, hope the court will show leniency.

Ppassim Elder has always been an upright character who very much loves family gatherings. Ppassim is not just a brother, but a dear friend. He is always willing to go the extra mile and help as much as he can. He does this with love and compassion. A few years ago, I had lost my job and was very scared on how I was going to support my family. It was Ppassim, who made it a point to be there and show a significant amount of support during a sudden and arduous job search. My brother was a source of camaraderie for both me and my family. He is truly a great brother and uncle.

It is my sincere hop the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe my brother, Ppassim Elder, to be an honorable individual, a valuable member of my family, and a good human being.

Sincerely,

Hallum Alan Abdelhack

December 24, 2022

Honorable Judge William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Ppassam Elder #65469060

My name is Fatin Elder, Mr. Elder's sister-in-law. I have known Ppassam Elder for about 12 years now and I know him to be a industrious, hardworking, family man who is community-minded and other-centered. He has been nothing but caring and loving to me and my children. My children miss him very much and would like to see their Uncle very soon.

Ppassam Elder is very respectful and deserves a fair, speedy trial as he should, which is stated in the 6th Amendment. He needs time for his voice to be heard and express his emotions and concerns about his case. I understand the troubles that Ppassam Elder is in, but I do feel his voice needs to be heard and maybe it will give you a chance to  reconsider his case entirely.

For me, Ppassam Elder is truly a good, honest man. He deserves a chance to see his family again and for his mother to see her son again. Seeing his kids without their father breaks my heart, as I know anyone with this matter would make them feel this way, but I really do think Ppassam Elder will do anything to see his kids again. Just to see his kids smile, seeing them grow is what he should be able to see. His kids, his wife and mom are dealing with extreme emotional distress and its taking a toll on our family. Its coming to a point where they are seeking therapeutic help for this. Because his kids are very young, having their father around would be the best for them.

One thing that you may or may not know about Ppassam Elder is his importance for God. He goes to the mosque to pray when he gets a free chance to do so, sits in Quran reading groups, talk amongst other men about our religion. He donates money to the poor when he could, he is involved with our community. Ppassam Elder is very helpful and caring. He goes to the extreme mile to help other people, especially for those that are in very much need of support. Ppassam Elder values the importance of a good relationship with God. Doing something bad is of course very sinful in our religion but God is very forgiving.

So, in conclusion to this letter, I ask for you to give a fair trial to Ppassam Elder. I honestly think you will not regret it, he would like to learn from this experience in the MDC and would like to move forward with his life. I believe that an extended prison term will serve as a tremendous hardship for his wife and his two beautiful young children.

Thank you in advance for your help and support to Ppassam Elder in this important time.

Respectfully yours,

Fatin Elder

On Wednesday, December 21, 2022, 8:19 PM, Isam Elder <isam1104@yahoo.com> wrote:

Hello,

My name is Isam Elder. I'm currently 23 years old and I grew up having Ppassim in my life as a close and impactful family member . He constantly put his families needs before his own and only wanted the best for those around him. He's someone that was not only important to the family in the past but extremely crucial for our future as well.


Thank you for your consideration

Isam Elder

Nadeen A. Abdelhack
20 Anjali Loop
Staten Island, NY 10314

December 20, 2022

Re: Ppassim Elder


To: The Honorable Judge Kuntz,

I am writing this letter regarding of my uncle Ppassim Elder. I want to bring to your light the kind of person that he is despite the grave allegations that he has faced in recent years. I have known him my entire life. He is a true gentleman and is always true to his words. Uncle Ppassim always encourages and supports everything I do both academically and in extra curricular activities.

I am very aware of the charges that he is facing and the consequences of those but looking at the current situation of our bereaved family, and I would like to plead for leniency. He is a well-mannered gentleman, and I am sure he will learn from this experience and will not think of repeating it. Especially since he has two beautiful children who miss him very much.  Not only is Ppassim a wonderful uncle, but he is an exceptional loving husband and father.

I hope you look into this matter and consider this character reference letter before passing on any verdict. I know that my uncle Ppassim will strive to make amends, and I am sure we will get to see his good works bringing fruitful results to our society again.


Sincerely,



Nadeen A. Abdelhack

Nadeen A. Abdelhack
20 Anjali Loop
Staten Island, NY 10314

December 20, 2022

Re: Ppassim Elder


To: The Honorable Judge Kuntz,

I am writing this letter regarding of my uncle Ppassim Elder. I want to bring to your light the kind of person that he is despite the grave allegations that he has faced in recent years. I have known him my entire life. He is a true gentleman and is always true to his words. Uncle Ppassim always encourages and supports everything I do both academically and in extra curricular activities.

I am very aware of the charges that he is facing and the consequences of those but looking at the current situation of our bereaved family, and I would like to plead for leniency. He is a well-mannered gentleman, and I am sure he will learn from this experience and will not think of repeating it. Especially since he has two beautiful children who miss him very much.  Not only is Ppassim a wonderful uncle, but he is an exceptional loving husband and father.

I hope you look into this matter and consider this character reference letter before passing on any verdict. I know that my uncle Ppassim will strive to make amends, and I am sure we will get to see his good works bringing fruitful results to our society again.


Sincerely,



Nadeen A. Abdelhack

Nawal A. Abdelhack
20 Anjali Loop
Staten Island, NY 10314

December 20, 2022

Re: Ppassim Elder

To: The Honorable Judge Kuntz,

I am writing this letter to refer Ppassim Elder regarding his character. I would like to introduce myself as Nawal Abdelhack, Mr. Elder's niece. I have known Ppassim Elder my entire life and he has always been there for me whenever I needed him. He is very caring and loving person and everyone in the family has immense respect for him. My uncle Ppassim is a cheerful and very helpful person. He enjoys spending quality time with all his nieces and nephews. He is an exception loving father. His children absolutely adore him.

I can confirm that in all the time I have known my uncle, he has been a reliable, trustworthy, and decent person. I hope that you will give an opportunity for a second chance to Uncle Ppassim while you make a fair decision.

Sincerely,


Nawal A. Abdelhack

Case 1:18-cr-00092-WFK-CLP   Document 363   Filed 11/24/23   Page 8 of 9 PageID #: 4573

Dear Judge,

I Am writing on behalf of PPassim Elder. He has been locked up for about 5 years now. He leaves behind 2 kids and a wife. Please revisit his case and release my cousin so he can have a second chance in life and to be a loving parent and husband. As long as I've known PPassim, he has always been a family man. Always was nice to his friends & family. People make mistakes but I feel like PPassim has learned from his and has spent 5+ years in prison for it. Please reconsider his case. Thank you for your time.

Thank You

Jalal Wilder

On Wednesday, December 21, 2022, 7:39 PM, Suliman Masoud <smasoud1285@gmail.com> wrote:


Dear Judge,

 I am writing this letter given my dear relative Bassam Elder. I want to bring to your light the kind of person that he is despite the allegations that he is facing. I have known Bassam my whole life not only as a cousin but as a dear friend. He is a true gentleman, great father, and overall a person of great character.

I am well aware of the charges he is facing and I would like to plead for leniency. He is a well mannered gentleman, and I am sure he will learn from this experience.


I hope you look into this matter and consider this character reference letter before passing on any verdict. Bassam will strive to make amends, and I am sure we will get to see his good works bring fruitful results to society.


Regards,



Suliman Masoud