On Wednesday, December 21, 2022, 6:20 AM, Anwar Dolah <anwaris@icloud.com> wrote:

Too Whom it May Concern,

 Mr. Ppassim Elder is a very generous soul to everyone he knows and who knows him. He takes the sincere time to know you and to be there to support you. He is an amazing loving husband who provides for his wife and a great caring father to his 2 beautiful young, children. The Love his children receive from him is so special and precious. He takes a sincere amount of time to give them the attention that they need from him. He would have fun and play time with them. Be there to read them books and sing their favorite sing along songs. Their laughter and joy hr gave them was absolutely priceless.

As a brother, he will also go above and beyond for All of his siblings. A true dear person to rely on. As an uncle to my kids, Ppassim (Bissam) loves and supports them. Always gave them great and helpful advice. He is very caring and thoughtful. We truly appreciate him deeply. As a son,  he is always there for our mother. Never fell short. He is genuinely kind to our mom and his generosity goes a long way, in every way possible. He is our everything in our family, May God always protect him.

Please do take into consideration that Ppassim Elder has a large family that loves him truly.

Sincerely his sister,
Anwaar Dolah