On Wednesday, December 21, 2022, 4:08 PM, Abdullah Elder <abu09122013@icloud.com> wrote:


My name is Abdullah elder I am first cousin to ppassim, I just wanted to send this letter explaining what kind of person ppassim is and what he has meant to me. There's been many occasions growing up where I looked at him as my older brother with his sound advice that I have used and his guidance to which I still follow… he is a good father figure and I know nothing means more then being there for his kids anytime anyone in the family needed any kind of help he was the one they turned to and he always delivered… his meaning to his family (brothers, sisters,cousins,uncles,aunts ) can't be matched by anyone else in the family we do truly miss him and hope to see him soon I'm sure his children feel the same way as well …. Please take these words into consideration as we all will greatly appreciate it. Happy holidays